(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Ohio | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Thomas, Marthe L.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Thomas, Keith E.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>**FKA Marthe L. Raia** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names):<br>**DBA Butternut Auto Parts; DBA Automotive Recycling Consultants** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-6979** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-9538** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**22471 Lakemont Ave.**<br>**Euclid, OH 44123** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**22471 Lakemont Ave.**<br>**Euclid, OH 44123** |
| County of Residence or of the Principal Place of Business: **Cuyahoga** | County of Residence or of the Principal Place of Business: **Cuyahoga** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7  ☐ Chapter 11  ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9  ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business  ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**(Official Form 1) (12/03)**

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Thomas, Marthe L.**<br>**Thomas, Keith E.** | FORM B1, Page 2 |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ Marthe L. Thomas**
Signature of Debtor  **Marthe L. Thomas**

X    **/s/ Keith E. Thomas**
Signature of Joint Debtor  **Keith E. Thomas**

Telephone Number (If not represented by attorney)

**July 28, 2005**
Date

**Signature of Attorney**

X    **/s/ Blaine L. Gottehrer**
Signature of Attorney for Debtor(s)
**Blaine L. Gottehrer 0027147**
Printed Name of Attorney for Debtor(s)
**Fine, Gottehrer & Associates, L.P.A.**
Firm Name
**1370 W. 6th St., Ste. 202**
**Cleveland, OH 44113-1315**
Address    **Email: fine_gottehrer@sbcglobal.net**
**216.696.7525  Fax: 216.696.0677**
Telephone Number
**July 28, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **/s/ Blaine L. Gottehrer**          **July 28, 2005**
Signature of Attorney for Debtor(s)        Date
**Blaine L. Gottehrer 0027147**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C.§ 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
**Northern District of Ohio**

In re: **Marthe L. Thomas, Keith E. Thomas**, Debtor(s)

Case No.: 

Chapter: **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **800.00** |
   | Prior to the filing of this statement I have received | $ **0.00** |
   | Balance Due | $ **800.00** |

2. The source of the compensation paid to me was:

   ■ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor  ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **July 28, 2005**

**/s/ Blaine L. Gottehrer**
**Blaine L. Gottehrer 0027147**
**Fine, Gottehrer & Associates, L.P.A.**
**1370 W. 6th St., Ste. 202**
**Cleveland, OH 44113-1315**
**216.696.7525  Fax: 216.696.0677**
**fine_gottehrer@sbcglobal.net**

Thomas, Marthe and Keith -


Alheit, Sr., Donald M. and Lois E.
P.O. Box 242
Elyria, OH 44036


City of Berea Water and Sewer
P.O. Box 31305
Independence, OH 44131


City of Cleveland Division of Water
1201 Lakeside Ave.
Cleveland, OH 44113


Cuyahoga County Treasurer
1219 Ontario St.
Cleveland, OH 44113


Dominion East Ohio
P.O. Box 26785
Richmond, VA 23261-6785


Homecomings Financial
888 South Greenville Ave., #200
Richardson, TX 75081


Illuminating Company
6896 Miller Rd.
Brecksville, OH 44141-3222


Key Bank
22481 Lakeshore Blvd.
Euclid, OH 44123


Lorain County Treasurer
226 Middle Ave.
Elyria, OH 44035


N.E.O.R.S.D.
1201 Lakeside Ave.
Cleveland, OH 44113


SBC
Bill Payment Center
Saginaw, MI 48663-0003

Thomas, Marthe and Keith -


Schnall, Adrian, M.D.
1611 S. Green Rd.
Cleveland, OH 44121


U.S. Bank
26410 Lakeshore Blvd.
Euclid, OH 44132


University Suburban Health Ctr.
1611 S. Green Rd.
Cleveland, OH 44121


Verizon Wireless
P.O. Box 790406
Saint Louis, MO 63179-0406